**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**BLAKE MENDROP
and LYNN MENDROP**                                                                     **PLAINTIFFS**

**VERSUS**                                               **CIVIL ACTION NO. 2:05CV15-P-B**

**SHELTER MUTUAL INSURANCE COMPANY
AND DARREN MUSSELWHITE d/b/a SHELTER
INSURANCE AGENCY**                                       **DEFENDANTS**

**ORDER**

This cause is before the Court on the plaintiffs' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) [38]. The Court, having considered the motion, the response, the briefs of the parties and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) [38] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED AND ADJUDGED, this the 13th day of October, 2006.

                                                                             /s/ W. Allen Pepper, Jr.
                                                                             W. ALLEN PEPPER, JR.
                                                                             UNITED STATES DISTRICT JUDGE