IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BLAKE MENDROP
and LYNN MENDROP                                              PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. 2:05CV15-P-B

SHELTER MUTUAL INSURANCE
COMPANY, et al                                                DEFENDANTS

## FINAL JUDGMENT

This cause came on for hearing on defendant's Motion for Summary Judgment [48]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [48] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

This, the 26th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE